UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-23950 |
| Michael A Lynch, Sr. and Alison L Lynch | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtors the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Debtors are permitted to purchase a 2017 Jeep Renegade or a similar vehicle, with an amount financed not to exceed $21,388.00 interest not to exceed 18.99% and monthly automobile payments not to exceed $499.86.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  January 28, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600